**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1163-REB-OES

CLETA HASTINGS, and
ROBERT HASTINGS,

    Plaintiffs,

v.

TRW, INC., an Ohio corporation,
NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORPORATION, an Ohio corporation,
TRW AUTOMOTIVE U.S. LLC, a Delaware corporation,
TRW AUTOMOTIVE, INC., a Delaware corporation, and
TRW VEHICLE SAFETY SYSTEMS, INC., a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is a **Joint Motion of the Plaintiffs and TRW Vehicle Safety Systems, Inc. for Dismissal of TRW Safety Systems, Inc. and Other Defendants With Prejudice** [#40], filed July 8, 2005. After careful review of the motion and the file the court has concluded that the motion should be granted and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Joint Motion of the Plaintiffs and TRW Vehicle Safety Systems, Inc. for Dismissal of TRW Safety Systems, Inc. and Other Defendants With Prejudice** [#40], filed July 8, 2005, is **GRANTED**;

2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs; and

3.  That the trial preparation conference set for June 2, 2006, and the jury trial set to commence June 5, 2006, are **VACATED**.

Dated this 12th day of July, 2005, at Denver, Colorado.

BY THE COURT:

s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge