**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1163-REB-OES

CLETA HASTINGS, and
ROBERT HASTINGS,

    Plaintiffs,

v.

FORD MOTOR COMPANY, a Delaware corporation,
TRW, INC., an Ohio corporation,
NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORPORATION, an Ohio corporation,
TRW AUTOMOTIVE U.S. LLC, a Delaware corporation,
TRW AUTOMOTIVE, INC., a Delaware corporation, and
TRW VEHICLE SAFETY SYSTEMS, INC., a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL OF
## DEFENDANT FORD MOTOR COMPANY

**Blackburn, J.**

The matter before the court is the **Joint Motion of the Plaintiffs and Ford Motor Company for Dismissal of Ford Motor Company With Prejudice** [#39], filed on July 8, 2005.  After careful review of the motion and the file, the court has concluded that the motion should be granted and plaintiffs' claim against defendant Ford Motor Company be dismissed with prejudice.

    **THEREFORE IT IS ORDERED** as follows:

    1.  That the **Joint Motion of the Plaintiffs and Ford Motor Company for Dismissal of Ford Motor Company With Prejudice** [#39], filed on July 8, 2005, is

**GRANTED**;

2.  That plaintiffs' claim against defendant Ford Motor Company is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs;

3.  That the trial preparation conference set for June 2, 2006, and the jury trial set to commence June 5, 2006, is **VACATED** as to defendant Fort Motor Company only;

4.  That defendant Ford Motor Company is **DROPPED** as a named party to this action, and the case caption is amended accordingly; and

5.  That defendant Ford Motor Company's Motion to Dismiss Plaintiffs' Third Claim for Relief [#11], filed August 31, 2004, is **DENIED** as moot.

Dated this 18th day of July, 2005, at Denver, Colorado.

BY THE COURT:

s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge